Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)868-5886
Fax: (562)868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
MELINDA YVETTE BARELA

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA-ROBERT E. COYLE

| | |
|---|---|
| MELINDA YVETTE BARELA ) | Case No.: 1:13-cv-01994-GSA |
| Plaintiff, ) | |
| v. ) | ORDER EXTENDING BRIEFING SCHEDULE |
| CAROLYN W. COLVIN, Acting ) Commissioner of Social Security. ) | |
| Defendant. ) | |

Based on the parties' stipulation (Doc. 10), Plaintiff is granted an extension of time for serving her confidential letter brief on Defendant. Plaintiff shall serve her letter brief on or before June 24, 2014. All other deadlines set forth in the Court's Scheduling Order are extended accordingly. (Doc. 5).

IT IS SO ORDERED.

Dated:  **May 30, 2014**              **/s/ Gary S. Austin**
                                UNITED STATES MAGISTRATE JUDGE

-1-